UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br>   v.<br><br>HAE SOUNG KIM, in his individual and representative capacity as trustee of the HSJS Kim Revocable Trust Dated February 7, 2008; JOUNG SOOK KIM, in his individual and representative capacity as trustee of the HSJS Kim Revocable Trust Dated February 7, 2008; EXUAR GATICA; and Does 1-10,<br><br>        Defendants. | Case: 5:15-CV-01406-JAK-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

**<u>ORDER</u>**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 18, 2015     *[signature]*

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE